IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY G. YOUNG, ) | |
| ) | |
| Plaintiff(s), ) | No. C 06-1591 CRB (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| CHARLES D. LEE, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Per order filed on July 7, 2006, the court dismissed plaintiff's pro se prisoner action with leave to amend to file a simple and concise complaint within 30 days.

Plaintiff instead has filed a "response" in which he states that he is "not able to proceed further." Good cause appearing, plaintiff's response is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the action is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  August 02, 2006

CHARLES R. BREYER
United States District Judge